UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JEFFERY JERMAINE BENSON | ) | |
| STERLING RENEVA RIVERS | ) | |
| MAURICE ROGER THOPMSON | ) | |

ORDER

The Court will hold a status conference for the above-named Defendants on January 3, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE