UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JEFFERY JERMAINE BENSON | ) | |

ORDER

Pending before the Court is a Motion For New Counsel (Docket No. 833), filed by Defendant Jeffery Jermaine Benson, pro se. The Court held a hearing on the Motion on October 31, 2012. At the hearing, the Defendant withdrew the pending Motion.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE