UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

ORDER

Pending before the Court is Jeffery Jermaine Benson's Amended Motion to Quash Trial Subpoena (Docket No. 1564). The Court held a hearing on August 22, 2013. For the reasons stated from the bench, the Motion is DENIED.

    IT IS SO ORDERED.

                                                 _____
                                                 TODD J. CAMPBELL
                                                 UNITED STATES DISTRICT JUDGE