UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JEFFERY JERMAINE BENSON | ) | |

## ORDER

Pending before the Court is a filing from the Defendant requesting a sentencing reduction, presumably based on Amendment 782 to the United States Sentencing Guidelines, and the recent Supreme Court decision in <u>Johnson v. United States</u>, 135 S.Ct. 2551 (2015) (Docket No. 2000).

Pursuant to 18 U.S.C. § 3006A and Administrative Order No. 194, the Court appoints the Federal Public Defender's Office to represent the Defendant, or if necessary, to designate a member of the Federal Defender's Panel to represent the Defendant.

The Probation shall prepare a revised Presentence Investigation Report by June 30, 2016, and provide a copy to counsel for the parties. Counsel for Petitioner shall have until July 22, 2016 in which to file a supplemental brief, and the Government shall have until August 12, 2016 in which to file a response.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　_Todd Campbell_
　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE